# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| KELLY POGUE, individually and on behalf of all others similarly situated,<br><br>v.<br><br>CHISHOLM ENERGY OPERATING, LLC d/b/a CEH ENERGY OPERATING, LLC | Case No. 2:20-cv-00580-KWR-KK<br><br>FLSA Collective Action |

## ORDER DENYING CHISHOLM'S MOTION TO COMPEL ARBITRATION

Before the Court is Defendant's Motion to Compel Arbitration. Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be DENIED.

It is so ORDERED on this \_\_\_\_ day of _____, 2020

_____
UNITED STATES MAGISTRATE JUDGE